**People of the State of Illinois, Plaintiff-Appellee, v. Andrew Lacy, Defendant-Appellant.**

**Gen. No. 50,993. (Abstract of Decision.)**

First District, First Division.

July 31, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall J. Hartman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge Hersey, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. **Not to be published in full.**